# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| JAYMES ANTHONY STARK, <br> *Plaintiff* <br> v. <br> JANA HACKER, et al., <br> *Defendants* | ) <br> ) <br> ) Civil Action No. 18-CV-3063-LTS-MAR <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Chief Judge Leonard T. Strand by Memorandum Opinion and Order (doc. 40).

Date: September 26, 2022

*CLERK OF COURT*

s/SKM Deputy Clerk

*Signature of Clerk or Deputy Clerk*