# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 06, 2022

Mr. Jaymes Anthony Stark
IOWA DEPARTMENT OF CORRECTIONS
6585946
1550 L Street
Fort Dodge, IA  50501-5767

RE:  22-3448  Jaymes Stark v. Jana Hacker, et al

Dear Mr. Stark:

     Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                                    Michael E. Gans
                                    Clerk of Court

HAG

Enclosure(s)

cc:    Clerk, U.S. District Court, Northern Iowa
        Mr. Lawrence Francis Dempsey IV

       District Court/Agency Case Number(s):   3:18-cv-03063-LTS

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-3448
_____

Jaymes Anthony Stark

Plaintiff - Appellant

v.

Jana Hacker; Karen Anderson; Dr. Joel Kosinski; Leslie Wagers; Dawn Foulton; Dr. Harbans Deol; Trenton Wensel; Greg Ort; Netti Renshaw; State of Iowa; Kourtney Pearson; Justin Johnson; John Does, 1-2

Defendants - Appellees

_____

Appeal from U.S. District Court for the Northern District of Iowa - Central
(3:18-cv-03063-LTS)
_____

**JUDGMENT**

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

December 06, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans