# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3448

Jaymes Anthony Stark

Appellant

v.

Jana Hacker, et al.

Appellees

_____

Appeal from U.S. District Court for the Northern District of Iowa - Central
(3:18-cv-03063-LTS)
_____

**MANDATE**

In accordance with the judgment of December 6, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 27, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit